.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**State of Ohio, ex rel.**
**Michael Dewine**
**Ohio Attorney General**             **JUDGMENT IN A CIVIL CASE**
    vs.                             **Case No.** 2:06CV553

                            **Magistrate Judge King**
**Franklin Steel Company, et al**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the January 23, 2012 consent order and final judgment entry.